JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR MANAGEMENT COOPERATION COMMITTEE, THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, THE NATIONAL ELECTRICAL INDUSTRY FUND, ADMINISTRATIVE MAINTENANCE FUND, and CONTRACT COMPLIANCE FUND, <br><br>   Plaintiffs, <br><br>   v. <br><br> EMAE INTERNATIONAL CORPORATION, a California corporation, <br><br>   Defendant. | CASE NO.: CV 11-1762 GW (SSx) <br><br> ASSIGNED TO THE HONORABLE JUDGE GEORGE H. WU <br><br> **JUDGMENT** |

/ / /

1  On June 10, 2013, this action came on for hearing, before the above-entitled
2  Court, on Plaintiffs' motion for summary judgment.  Appearances were stated on the
3  record.  Having fully considered all briefs, arguments, evidence and other matters
4  presented, the Court finds that there is no disputed issue of material fact remaining for
5  trial and concludes that Plaintiffs are entitled to judgment as a matter of law, and for
6  good cause shown,

7  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiffs,
8  Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the
9  Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles
10 County Electrical Educational and Training Trust Fund, Trustees of the National
11 Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-
12 Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-
13 Management Committee, Contract Compliance Fund, Administrative Maintenance
14 Fund, and Los Angeles Electrical Workers Credit Union, shall recover from Defendant
15 EMAE International Corporation, the principal amount of $85,281.77 (including
16 $33,501.24 for unpaid contributions, $12,112.57 for prejudgment interest, $36,630.46
17 for liquidated damages, and $3,037.50 for audit fees).

20 DATED:  June 12, 2013  _____
21  GEORGE H. WU, U.S. DISTRICT JUDGE